THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* HARRY F. MALCOLM, Appellant.

*Crimes — murder in first degree — judgment of conviction affirmed.*

(Argued October 14, 1924; decided November 25, 1924.)

APPEAL from a judgment of the Supreme Court, rendered January 16, 1924, at a Trial Term for the county of Erie upon a verdict convicting the defendant of the crime of murder in the first degree.

*Edwin Gaw Flanigen* and *William F. Schohl* for appellant.

*Guy B. Moore, District Attorney (Walter F. Hofheins* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, Mc-
LAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.